**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lucio MORA–TARULA, Defendant–
Appellant.**

**No. 10–50108.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 23, 2011.

Amie Danielle Rooney, Assistant U.S., San Diego, CA, for Plaintiff–Appellee.

Vincent James Brunkow, Esquire, Assistant Appellate Supervisor, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

**MEMORANDUM ***

Lucio Mora–Tarula appeals from the 72–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in viola-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mora–Tarula argues that the district court procedurally erred in failing to explain the sentence adequately and failing to consider the § 3553(a) factors.

We review for plain error, *see United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008), and affirm because Mora–Tarula has not established plain error by the district court, much less that his substantial rights may have been affected, *see id.* at 761–62.

Mora–Tarula also contends that his sentence is substantively unreasonable. In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), the below-Guidelines sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Valencia–Barragan,* 608 F.3d 1103, 1108–09 (9th Cir.2010).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.